IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

MARIPOSA CONDOMINIUM, INC.,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY, a
Foreign corporation,

    Defendant.                   /
_____

## DEFENDANT ALLSTATE INSURANCE COMPANY'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 3.8, I certify that the instant action:

__X__  IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or Administrative agency as indicated below:

> *Mariposa Condominium, Inc. v. Allstate Insurance Company*, Case No.: 10-56885CA05, in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami Dade County, Florida.

____  IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

Dated this 21st day of January 2011.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of January 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

By: /s/ Karen J. Jerome Smith
STEPHANIE H. LUONGO, Esquire
Florida Bar No.: 0555703
sluongo@powersmcnalis.com
KAREN J. JEROME SMITH, Esquire
Florida Bar No.: 10122
kjeromesmith@powersmcnalis.com
**POWERS, MCNALIS, TORRES & TEEBAGY**
P.O. Box 21289
West Palm Beach, FL  33416-1289
(561) 588-3000 Telephone
(561) 588-3705 Facsimile
Attorneys for Defendant, ALLSTATE

## SERVICE LIST

MARIPOSA CONDOMINIUM, INC.
v.
ALLSTATE INSURANCE COMPANY, a Foreign corporation

United States District Court For The Southern District Of Florida

CASE NO.

Mariano R. Gonzalez
aylin@gonzalezlegal.com
Gonzalez & Associates, P.A.
3600 Red Road, Suite 603
Miramar, FL 33025
Telephone: 954-538-1304
Facsimile: 954-538-1305
Attorneys for Plaintiff
Mariposa Condominium, Inc.

ALLLIT-11282/34
AG/ag/slt/jp